FILED: April 5, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4483 (L)
(5:21-cr-00007-EKD-JCH-7)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

CARLOS BARIOLA, a/k/a C-Lo

        Defendant - Appellant

_____

No. 23-4484
(5:21-cr-00007-EKD-JCH-8)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

NATASSIA NICOLE KIMBLE, a/k/a Prima

        Defendant – Appellant

_____

No. 23-4495
(5:21-cr-00007-EKD-JCH-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

STEPHEN WAYNE PURKS, a/k/a City

        Defendant - Appellant

_____

No. 23-4687
(5:21-cr-00007-EKD-JCH-6)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JACQUELINE TATIANA CUELLAR

        Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to deconsolidate Case No. 23-4687 from Case No. 23-4483 and deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk