## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 21, 2024

_____

### DOCKET CORRECTION NOTICE
_____

No. 23-4483 (L), <u>US v. Carlos Bariola</u>
        5:21-cr-00007-EKD-JCH-7

TO:   Natassia Nicole Kimble
        Stephen Wayne Purks
        Carlos Bariola

**MOTION DUE: June 26, 2024**

Please file the motion identified below by the due date indicated using the **MOTION** entry.

---

[✔] **MOTION / exceed length limitations.** In a case with CJA counsel, a motion to exceed length limitations must be filed if the length of the appendix exceeds 500 pages.

---

Kirsten Hancock, Deputy Clerk
804-916-2704